# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OMAR ENCARNACION

                                    PLAINTIFF(S),

    v.

CHARTER COMMUNICATIONS LLC, et al.

                                    DEFENDANT(S).

CASE NUMBER:

    2:25−cv−10795−AB−AGRx

## NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

    The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

    YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

    Accordingly, this case has been reassigned to:

    Hon.  __Christina T. Shay__, Magistrate Judge for:

    any discovery and/or post−judgment matters that may be referred

    Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:  __2:25−cv−10795−AB−CTSx__. This is very important because documents are routed by the initials.

                                    Clerk, U.S. District Court

 June 8, 2026 
Date

By:  _/s/ Rebeca D Olmos_ 
                                    Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER